C/M



FILED
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2010 ★
BROOKLYN OFFICE

Kareem S. Perry
Southport Corr. Facility
P.O. Box 2000
236 Bob Masia Drive
Pine City, N.Y. 14871

March 22, 2010

Pro Se Office Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2010 ★
BROOKLYN OFFICE

    Re: Perry v. Caruso, et al.
        08-CV-1115 (BMC) (LB)

Dear Clerk:

    I am writing to request a copy of the conference hearing transcript dated February 21, 2008. I am a pauper who cannot pay for the transcript.

    The hearing transcript is very much needed for appeal purposes in the matters Perry v. Fischer 08-CV-602 and Perry v. Goord, 06-CV-828. In each of these actions, decisions were based upon erroneous factual finding in the above-reference case.

Pro Se Office Clerk
March 22, 2010
Page 2

    I respectfully request that a copy of this transcript is forwarded to me.

Respectfully Submitted,

*Kareem S. Perry*

Motion denied without prejudice to renewal upon identification of the appeal to which plaintiff is referring, and a showing of why this transcript would be helpful to that appeal. The Court notes that the appeal is from some other case or cases, presumably of judgments entered in the Southern District of New York, not the instant case, so it is not apparent why a transcript in this case would be relevant to some other case.
SO ORDERED: 4/7/10

    /Signed by Judge Brian M. Cogan/
              U.S.D.J.